22 A.3d 1029

**Willie VEASY, Appellant**

**v.**

**PA. DEPARTMENT OF PROBATION AND PAROLE, Appellee.**

**No. 20 EAP 2011.**

Supreme Court of Pennsylvania.

July 14, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 14th day of July, 2011, the appeal is **DISMISSED** due to Appellant's failure to file a brief. The Application for Summary Relief/Application for Stay is **DISMISSED AS MOOT.**